# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY McCOLLUM and RONNIE BAZE, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>XTO ENERGY, INC.<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§ NO. CIV-18-0080-HE<br>§<br>§<br>§<br>§<br>§ COLLECTIVE ACTION<br>§ PURSUANT TO 29 U.S.C. § 216(b)<br>§<br>§ |

## ORDER

The parties' joint motion for approval of settlement agreement [Doc. #131] is **GRANTED**. Accordingly, the parties' settlement agreement is approved and this action is dismissed in its entirety, including all claims, counterclaims, requests for relief that were or could have been asserted by either party in this lawsuit, with prejudice.

**IT IS SO ORDERED**.

Dated this 27th day of January, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE